

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00601-CV

**ONE THOUSAND FOUR HUNDRED THIRTY-SEVEN DOLLARS** ($1,437.00) in United
States Currency and a 2016 Toyota Corolla VIN 2T1BURHE0GC627119,
Appellants

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-223
Honorable Bill R. Palmer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED. It is ORDERED the costs of this appeal are assessed against Appellant Isaac James
Osei.

SIGNED July 31, 2019.

_____
Patricia O. Alvarez, Justice